| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:05CR58-1 |
| GEORGE M. HINES | : |

The Grand Jury charges:

## COUNT ONE

From on or about March 1, 2000, until September 10, 2003, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, GEORGE M. HINES did intentionally embezzle, steal and unlawfully and willfully abstract and convert to his own use money in the approximate sum of $130,000, the moneys, funds, securities, premiums, credits, property and other assets of Sheet Metal Workers Training Fund of North Carolina, an employee pension benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974 and a fund connected with such plan, all in violation of Title 18, United States Code, Section 664.

## COUNT TWO

From on or about March 1, 2000, until September 10, 2003, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, GEORGE M. HINES did intentionally embezzle, steal and unlawfully and willfully abstract and convert to his own use money in the approximate sum of $14,000, the moneys, funds, securities, premiums, credits, property and other assets of Sheet Metal Workers Local 159 Pension Fund, an employee

pension benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974 and a fund connected with such plan, all in violation of Title 18, United States Code, Section 664.

COUNT THREE

From on or about March 1, 2000, until September 10, 2003, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, GEORGE M. HINES did willfully fail to maintain records on matters of which disclosure was required in that he failed to make, keep, and maintain records pertaining to the financial books and records of the Sheet Metal Workers Training Fund of North Carolina in sufficient detail so as to provide the necessary basic information and data from which the financial operations of the Sheet Metal Workers Training Fund of North Carolina could be verified, explained, clarified, and checked for accuracy and completeness; in violation of Title 29, United States Code, Section 1131.

A TRUE BILL:

_____
FOREPERSON

_____
DOUGLAS CANNON
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

2